# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 12-03009-02-CR-S-DW |
| RUBEN TAPIA, | ) |
| Defendant. | ) |

**ORDER**

Before the Court is Magistrate Judge James C. England's Report and Recommendation denying Defendant's motion to suppress (Doc. 96). No objections to the Report and Recommendation have been filed. After an independent review of the record and applicable law, the Court adopts Judge England's findings of fact and conclusions of law. Accordingly, the Court ORDERS that Judge England's Report and Recommendation be made a part of this Order and DENIES Defendant's Motion to Suppress (Doc. 92).

SO ORDERED.

Date: November 26, 2012        /s/ Dean Whipple
                               Dean Whipple
                               United States District Judge